UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                      )
                                            )
    JESSIE RIVAS                         )     Case No: 6:10-bk-14704-KSJ
    MARIA TEREZA RIVAS                    )     CHAPTER 7
                                            )
          Debtor(s)                       )

REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO ABANDON PROPERTY OF THE ESTATE

TO:        All Interested Parties

FROM:     Emerson C. Noble, Trustee

Pursuant to 11 U.S.C. §554, and F.R.B.P. 6007, notice is hereby given of the abandonment of all right, title and interest in the property described below:

Described in the petition as "2007 Volkswagon Passat, VIN not known" and 1 Shar Pei Dog" collectively, (The "Property")

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 W. Central Blvd., Suite 950, Orlando, Florida 32801 and serve a copy on Emerson C. Noble, Trustee, Post Office Box 195008, Winter Springs, Florida 32719-5008.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

The Property is being abandoned for the following reasons:

1. The Property is subject to a lien which is equal to or greater than its value or the Property is of nominal value to the estate.

2. Further administration of the Property is burdensome to the estate.

Dated: October 22, 2010

/s/ Emerson C. Noble
Emerson C. Noble, Trustee
Post Office Box 195008
Winter Springs, Florida 32719-5008
Phone: (407) 628-9300
Facsimile (407) 647-6452

I HEREBY CERTIFY that a true copy of the foregoing was furnished either electronically or by First-Class United States Mail, postage prepaid, this 22nd day of October, 2010 to all persons on the current mailing matrix attached to the original of this document.

/s/ Emerson C. Noble
Emerson C. Noble, Trustee